**Tyrone P. GRANT, Plaintiff–Appellant,**

v.

**A. DABROWSKI, Judge; J. Blue, Judge, Defendants–Appellees.**

No. 03–7147.

United States Court of Appeals,
Second Circuit.

Oct. 12, 2004.

Tyrone P. Grant, New Haven, Ct, for Plaintiff–Appellant, pro se.

Maureen D. Regula, Attorney General's Office, State of Connecticut, Hartford, Ct, for Defendants–Appellees.

Present: LEVAL, KATZMANN, Circuit Judges, and MURTHA,* District Judge.

## SUMMARY ORDER

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, AD-JUDGED, AND DECREED that the judgment of the District Court be, and hereby is **AFFIRMED** for substantially the reasons stated by the District Court in its thorough decision, *Grant v. Dabrowski*, No. 02 CV 1270, (D.Conn. Dec. 10, 2002).